IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSUE HERNANDEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION,  DOES 1 THROUGH 10, inclusive;<br><br>            Defendants. | **8:15CV75**<br><br>**MEMORANDUM AND ORDER** |

On March 9, 2015, the Court entered an order (filing no. 7) which required the parties to file a Rule 26(f) Report on April 9, 2015. Plaintiff has not complied, and has not explained the failure to comply, with this order.

Accordingly,

IT IS ORDERED that Plaintiff is given until June 26, 2015 to show cause why the court should not dismiss for want of prosecution the claims brought by Plaintiff. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

Dated this 5th day of June, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge