IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOSUE HERNANDEZ, | |
|---|---|
| Plaintiff, | 8:15CV75 |
| vs. | |
| GREEN TREE SERVICING, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, AND DOES 1 THROUGH 10, inclusive; | ORDER |
| Defendants. | |

A scheduled and court-ordered teleconference (See Filing No. 17) was convened on January 6, 2015. The docketed calling instructions were mailed to plaintiff in June of 2015, (Filing No. 14), and the instructions were also emailed to plaintiff by defense counsel two hours before the hearing. Plaintiff did not attend the teleconference, and he did not contact the chambers of the undersigned magistrate judge before the hearing or anytime during the following day to explain his absence.

In addition, based on the statements of defense counsel, Plaintiff has not responded to Defendant's written discovery served in early November, and he has not responded to defense counsel's emailed requests for compliance with that discovery.

Accordingly,

IT IS ORDERED that the Plaintiff shall have until January 27, 2016 to show cause why this case should not be dismissed for want of prosecution. The failure to timely comply with this order will result in dismissal of this action without further notice.

January 7, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge