IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSUE HERNANDEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION, AND DOES 1 THROUGH 10, inclusive;<br><br>      Defendants. | 8:15CV75<br><br>**AMENDED PROGRESSION ORDER** |

Defendants have jointly filed a motion to extend case deadlines. (Filing No. 31). And Plaintiff has not made a timely objection.

IT IS ORDERED that the final progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 2, 2016. Motions to compel Rule 33 through 36 discovery must be filed by May 16, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deposition deadline is May 2, 2016.

3) The deadline for filing motions to dismiss and motions for summary judgment is June 14, 2016.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is May 2, 2016.

5) The Pretrial Conference and Jury Trial currently set in this matter are continued pending further order of the court.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

March 10, 2016.

                       BY THE COURT:

                       *s/ Cheryl R. Zwart*
                       United States Magistrate Judge