IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSUE HERNANDEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>GREEN TREE SERVICING, LLC,<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION, AND DOES 1 THROUGH<br>10, inclusive;<br><br>        Defendants. | **8:15CV75**<br><br>**ORDER** |

After conferring with Plaintiff and counsel for Defendants Green Tree Servicing, LLC and Federal National Mortgage Association,

IT IS ORDERED:

1) On or before June 3, 2016, Defendants shall serve on Plaintiff an affidavit or other statement signed under oath which:
   a. explains, transfer-by-transfer, how the note between Homecomings Financial, LLC and Plaintiff and dated December 20, 2006 ultimately became assigned to Defendants;
   b. references, as to each transfer, the specific document or document page reflecting or evidencing the transfer; and
   c. affirms that all documents in Defendants' possession or control regarding Defendants' claim that they are entitled to recover on the note have been produced and served on Plaintiff.

2) Plaintiff shall:
   a. on or before June 3, 2016, fully respond to Defendants' written discovery; and
   b. on or before June 17, 2016, make himself available to be deposed by Defendants in Nebraska.

Plaintiff is reminded that failure to fully comply with the discovery process and this order, including but not limited to failing to cooperate with scheduling his deposition or failing to appear at his noticed deposition, may result in dismissal of this case for want of prosecution.

3) Defendants' unopposed motion to continue, (Filing No. 35), is granted as follows:
   a. the deadline for filing motions to compel is extended to May 31, 2016; and
   b. the deadline for filing dispositive motions is extended to June 28, 2016.

May 16, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge