IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSUE HERNANDEZ, | |
| Plaintiff, | 8:15-CV-75 |
| vs. | |
| GREEN TREE SERVICING, LLC, et al., | ORDER |
| Defendants. | |

This matter is before the Court on the defendants' motion for summary judgment (filing 43), and the plaintiff's failure to respond to that motion.

The defendants' motion for summary judgment (filing 43) was filed on June 28, 2016. Accordingly, the plaintiff was to respond on or before July 22, 2016. *See* NECivR 56.1(b)(2); *see also* Fed. R. Civ. P. 6; NECivR 6.1(a). The plaintiff did not respond. Then, on August 2, 2016—already well past his response deadline—the plaintiff contacted the Magistrate Judge's chambers to inform the Court that he would be out of the country for 2 weeks and asking for any upcoming deadlines to be extended.

Because the deadline to respond to the defendants' motion had already passed, there were no *pending* deadlines to extend, and the plaintiff's response is now later every day. Even pro se litigants must comply with court rules and directives. *Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005). Accordingly, the Court will order the plaintiff to show good cause, on or before August 22, 2016, for an extension of his deadline to respond to the defendants' motion for summary judgment. Absent a persuasive response, the Court may rule on the defendants' motion for summary judgment on the evidence and argument the defendants have submitted, without further notice. *See id.*

IT IS ORDERED:

1. On or before August 22, 2016, the plaintiff shall show good cause for an extension of his deadline to respond to the defendants' motion for summary judgment.

2. Absent such a showing, the Court may rule on the defendants' motion for summary judgment without further notice.

3. The Clerk of the Court is directed to set a show cause deadline of August 22, 2016.

Dated this 8th day of August, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge